UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEMPHIS MEATS, INC.,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**NAPAT TANDIKUL,**<br><br>　　　　Defendant. | Case No.  21-cv-3072-YGR<br><br>**ORDER GRANTING MOTION OF DOUGLAS M. WADE AND CALIFORNIA BUSINESS LAWYER & CORPORATE LAWYER, INC. TO WITHDRAW AS COUNSEL FOR DEFENDANT**<br><br>Dkt. No. 39 |

　　　　The Court has received the supplemental declarations of Douglas M. Wade and Napat Tandikul, as well as the Notice of Napat Tandikul's Current Address.  (Dkt. No. 44.)  Having reviewed and considered the papers, the Court finds that they comply with the Court's order requiring counsel of record to submit further information regarding the withdrawal of counsel.  (Dkt. No. 43.)  Good cause appearing, the Court **GRANTS** the motion of Douglas M. Wade and California Business Lawyer & Corporate Lawyer, Inc. to withdraw as counsel for Defendant Napat Tandikul ***effective upon filing proof of service of this Order upon the defendant.***

　　　　This Order terminates Docket No. 39.

　　　　**IT IS SO ORDERED.**

Dated: September 23, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**