HEIDI KEEFE (SBN 178960)
hkeefe@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

ADAM S. GERSHENSON (Mass. BBO# 671296)*
agershenson@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
*pro hac vice admitted

Counsel for Plaintiff Memphis Meats, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MEMPHIS MEATS, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>NAPAT TANDIKUL,<br><br>            Defendant. | Case No. 21-cv-3072-YGR<br><br>**JOINT STATEMENT**<br><br>Compliance Deadline: 2/18/22 at 9:01 a.m. |

Pursuant to the Court's January 18, 2021 Order (ECF 52), the parties submit this joint statement in advance of the compliance deadline set for February 18, 2022 at 9:01 a.m. to report that we have reached an agreement in principle that awaits only the parties' signature. *See* Exhibit A. Pending the execution of the agreement, the parties expect to file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) in short order.

Dated: February 11, 2022

/s/ Heidi Keefe
Heidi Keefe (SBN 178960)
hkeefe@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Adam S. Gershenson (Mass. BBO# 671296)*
agershenson@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
**pro hac vice admitted*

*Counsel for Plaintiff Memphis Meats, Inc.*

/s/ Napat Tandikul
Napat Tandikul

*Pro se Defendant*

Pursuant to N.D. Cal. Civ. L. R. 5-1(i)(3), the undersigned attests that concurrence in the filing of this document has been obtained from the other signatory.

/s/Adam Gershenson
Adam S. Gershenson
*Counsel for Plaintiff Memphis Meats, Inc.*

**PROOF OF SERVICE**

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3175 Hanover Street, Palo Alto, California 94304-1130. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 11, 2022, I emailed and placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**PLAINTIFF MEMPHIS MEATS, INC.'S STATEMENT**

in a sealed envelope, postage fully paid, addressed as follows:

> Napat Tandikul
> 220/111 Suantipco Village
> Soi Prachanukul1
> Bang Sue
> Bangkok, Thailand 10800
> Email: Just_cho2021@hotmail.com

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 11, 2022, at Palo Alto, California.

/s/ Jocelyn McIntosh
Jocelyn McIntosh