# EXHIBIT A

# Trafton, Liz

| | |
|---|---|
| **From:** | Napat Tandikul <job_napatjust@hotmail.com> |
| **Sent:** | Friday, February 11, 2022 7:18 PM |
| **To:** | Trafton, Liz |
| **Subject:** | Re: MM/Tandikul - Joint Statement to Court; Due Today |

**[External]**

Hi Liz,

Yes, this is acceptable.
I am waiting for my attorney for a final check.

Best,
Napat

---

**From:** Trafton, Liz <etrafton@cooley.com>
**Sent:** Saturday, February 12, 2022 5:13 AM
**To:** 'Napat Tandikul' <job_napatjust@hotmail.com>; Napat Tandikul <Just_cho2021@hotmail.com>
**Cc:** Gershenson, Adam <agershenson@cooley.com>; Recht, Bethany P. <BRecht@KMKLAW.com>
**Subject:** FW: MM/Tandikul - Joint Statement to Court; Due Today

Napat,

For the joint statement due to the court today, we'd like to represent to the Court that the parties are in agreement, and we are merely awaiting signature/execution. Please confirm that is acceptable to you and that we have your authorization to file the attached joint statement.

Thank you,
Liz

**Liz Trafton**
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2409 office
+1 617 937 2400 fax
+1 207 752 0796 mobile
etrafton@cooley.com

---

**From:** Recht, Bethany P. <BRecht@KMKLAW.com>
**Sent:** Friday, February 11, 2022 4:47 PM
**To:** Gershenson, Adam <agershenson@cooley.com>
**Cc:** Trafton, Liz <etrafton@cooley.com>
**Subject:** RE: Joint Statement to Court [IWOV-IMANAGE.FID1898829]

**[External]**

1

Hi Adam,

As with last time, you will need to coordinate directly with Napat on any joint submissions in the litigation.

With respect to the agreement, I just need to review and confirm that the final document sent for signature matches up with the last draft. I have been tied up all day and haven't had a chance to review what was sent last night.

Thanks,
--Bethany


**Bethany Palmer Recht**

Partner

BRecht@KMKLAW.com

# KMK | Law

**Keating Muething & Klekamp PLL**

One East Fourth Street  |  Suite 1400  |  Cincinnati, OH 45202  |  Map

Direct: (513) 579-6408 | Fax: (513) 579-6457

kmklaw.com  |  KMK on LinkedIn  |  KMK on Twitter

**From:** Gershenson, Adam <agershenson@cooley.com>
**Sent:** Friday, February 11, 2022 3:21 PM
**To:** Recht, Bethany P. <BRecht@KMKLAW.com>
**Cc:** Trafton, Liz <etrafton@cooley.com>
**Subject:** Joint Statement to Court

Bethany,

For today's joint statement, we are inclined to represent to the Court that the parties are in agreement, and we are merely awaiting signature/execution. Please confirm that is acceptable to your side.

Thanks,
Adam

**Adam Scott Gershenson**
Cooley LLP
500 Boylston Street
Boston, MA  02116-3736
Direct: +1 617 937 2379
Fax: +1 617 937 2400
Mobile: +1 617 818 6624
Email: agershenson@cooley.com
Bio: www.cooley.com/agershenson • Practice: www.cooley.com/litigation

Twitter | Facebook | LinkedIn | Google+

2

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

**Confidentiality Statement:** This e-mail contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please delete it from your computer system. Your assistance in correcting this error is appreciated.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.